IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01480-WYD

CHARLES PRUITT,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant's "Motion for Permission to File Traverse" (docket #9) filed on September 11, 2007, is **GRANTED** and the clerk of the court is directed to file the tendered traverse. Applicant's "Motion to Supplement Record" (docket #10) filed on September 11, 2007, is **DENIED**.

    Dated:  September 12, 2007