IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01480-WYD

CHARLES PRUITT,

    Applicant,

v.

STEVE HARTLEY, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant's "Motion for Appointment of Counsel" (docket #16) filed on May 29, 2008, is **DENIED** as premature. "In most federal courts, it is the practice to appoint counsel in post-conviction proceedings only after a petition for post-conviction relief passes initial judicial evaluation and the court has determined that issues are presented calling for an evidentiary hearing." ***Johnson v. Avery***, 393 U.S. 483, 487 (1969). Applicant's "Motion for Status" (docket #17) filed on May 29, 2008, is **GRANTED**. The case is under advisement.

    Dated: May 30, 2008