IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 5 2009

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 07-cv-01480-WYD-MJW

Charles Pruitt,
    Petitioner,

vs.

Steve Hartley, Warden L.C.F., and
The Attorney General of the State of Colorado,
    Respondent.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 3rd day of March, 2009.

BY THE COURT:

Wiley Y. Daniel, Chief Judge

Re: 07-cv-01480

CERTIFICATE OF SERVICE

I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on March 5, 2009.

Denver District Court
City & County Building
1437 Bannock Street 80202

Joe O'Hara
Deputy Clerk